Alan E. Ferguson
CA Bar No. 103677
Attorney at Law
3200 4th Ave., Ste. 207
San Diego, CA 92103-5716
Tel.: 619-299-4999

Attorney for the Material Witness

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Jan M. Adler)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>JUAN JORGE ROSALES,<br>aka Jerman Torres-Angiano,<br><br>    Defendant. | Magistrate Case No. 07mj1024<br>Criminal Case No. 07cr1343-R<br><br>ORDER TO EXONERATE THE APPEARANCE BOND FOR THE MATERIAL WITNESS AND DISBURSE REGISTRY FUNDS |

**ORDER**

IT IS HEREBY ORDERED that the personal surety bond which secured the presence of material witness, Victor Hugo Ramirez-Martinez [A99-628-612], is exonerated.

IT IS FURTHER ORDERED that the Clerk of Court shall release and disburse the $500.00 held in the Registry of the Court to the Surety. The current address of the surety noted below is contained in the Financial Department of the Court:

    Maria Socorro Villacis
    S.S.# XXX-XX-2483

DATED: 6/21/07

The Honorable Jan M. Adler
United States Magistrate Judge